IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**KEVIN BYERS**                                                            PLAINTIFF

v.                              No. 3:24-cv-80-DPM

**BRENDAN MAY, Individually and in his
official capacity; JOHN DOES 1–2,
Individually; and CITY OF AUGUSTA**            **DEFENDANTS**

## JUDGMENT

Byers's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

28 April 2025